█ In the Matter of PETER E. CLARKE, Petitioner, against FRANCIS W. ADAMS, as Police Commissioner of the City of New York, Respondent.— This proceeding has been transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.